**Matthew VIRTUE, Petitioner— Appellant,**

v.

**Dominic GUTIERREZ, Warden, Respondent—Appellee.**

No. 05–6632.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 27, 2005.

Matthew Virtue, Appellant Pro Se. Matthew Wayne Mellady, United States Department of Justice, Annapolis Junction, Maryland, for Appellee.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Matthew Virtue, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Virtue v. Gutierrez,* No. CA–04–82 (N.D.W. Va. Mar. 3, 2005; Apr. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*